**UNITED STATES DISTRICT COURT**
Western District of Kentucky
Louisville Division

| | |
|---|---|
| Shontay Marshall )<br>*Plaintiff* )<br> )<br>v. )<br> )<br>Auto Venture, Inc. *d/b/a* Auto Smart 2 )<br>*Defendant* )<br> ) | Case No.  3:20-cv-00484-CRS |

**ORDER DISMISSING WITH PREJUDICE AS TO**
**DEFENDANT AUTO VENTURE, INC. D/B/A AUTO SMART 2**

Plaintiff Shontay Marshall and Defendant Defendant Auto Venture, Inc. *d/b/a* Auto Smart 2, having jointly stipulated that this case be dismissed with prejudice as to all claims against Auto Venture, Inc. *d/b/a* Auto Smart 2 as evidenced by the signatures of counsel for the parties, and the court being sufficiently advised:

**IT IS THEREFORE ORDERED** that Plaintiff Shontay Marshall's claims against Defendant Auto Venture, Inc. *d/b/a* Auto Smart 2 in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and attorney's fees except as otherwise agreed.

June 28, 2021

Charles R. Simpson III, Senior Judge
United States District Court

APPROVED BY:

/s/ James R. McKenzie (by permission)
James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:  (502) 371-2179
Fax:  (502) 257-7309
jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Shontay Marshall*

/s/ David R. Deatrick, Jr. (by permission)
David R. Deatrick, Jr.
*Deatrick & Spies, P.S.C.*
2701 Lindsay Avenue
P.O. Box 4668
Louisville, KY 40204-0668
Tel:  (502) 583-9607
ddeatrick@dsatty.com
*Counsel for Defendant*
*Auto Venture, Inc. d/b/a Auto Smart 2*

/s/ James H. Lawson
James H. Lawson
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:  (502) 473-6525
Fax:  (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Shontay Marshall*